956

No. 05–6320. RUBIO v. UNITED STATES; ALANIZ v. UNITED STATES; DE LA CRUZ v. UNITED STATES; GARCIA-RAMIREZ v. UNITED STATES; MUNIZ-TAPIA v. UNITED STATES; GONZALEZ v. UNITED STATES; and MUNOZ-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6321. OSTRANDER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–6322. REEVES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6325. BROCK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–6326. BRONSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–6327. ORTIZ ALCANTAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6328. ALBRITTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6332. KEMP v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6340. COBB v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–6341. CACHO-BONILLA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–6343. WALLS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6347. WEBB v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6353. SNAGGS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.